# Cain *v.* The State.

## *Violating Prohibition Law.*

(Decided Feb. 2, 1911. 54 South. 514.)

*Intoxicating Liquors; Affidavit; Sufficiency.*—An affidavit charging that the defendant within twelve months before making the affidavit, in said county, did sell, spirituous, vinous or malt liquors without a license and contrary to law, against the peace and dignity of the state of Alabama, is sufficient in form and substance, under the express provisions of sections 7353 and 8363, Code 1907.

[Cain ,v. The State.]

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

Henry Cain was convicted of selling intoxicating liquor without a license, and he appeals. Affirmed.

The affidavit was as follows: "Personally appeared before me, H. B. Abernathy, judge of the inferior court of Birmingham, in and for said county, Alex Wilson, who, being duly sworn, says that Henry Cain, alias King, within 12 months before making this affidavit, in said county, did sell spirituous, vinous, or malt liquors without a license and contrary to law, against the peace and dignity of the state of Alabama."

The demurrers were as follows: "Said affidavit fails to show that the alleged sale was made in the city, town, or district wherein such sale was prohibited, as required by law. Said affidavit fails to show that a license was required for the sale of liquor when the alleged sale was made. It fails to allege where the said sale was made. It fails to allege any offense against the laws of the state. It fails to state in what manner he disposed of the liquors, and that such disposition was in violation of the law. It fails to state that a license would have been granted for the sale or other disposition of liquors when the sale was made. It fails to state what law was violated at the time of the alleged disposal or sale. It fails to state that the liquors were intoxicating liquors."

WILLIAM CONNIFF, for appellant. No brief came to the Reporter.

ALEXANDER M. GARBER, Attorney General, for the State. The demurrers to the affidavit were properly overruled.—Sections 7353, 7363, Code 1907; 60 So. 396.

McCLELLAN, J.—Appeal on the record alone.

The demurrer to the complaint was properly overruled. Its substance and form would have been sufficient in an indictment.—Code 1902, §§ 7353, 7363; *Darrington's Case*, 162 Ala. 60, 50 South. 396.

No error appearing, the judgment is affirmed. Affirmed.

DOWDELL, C. J., and ANDERSON and SAYRE, JJ., concur.

*Violating Prohibition Law.*

